

# NUMBER 13-18-00294-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE MATTER OF M.G., A JUVENILE

**On appeal from the 130th District Court
of Matagorda County, Texas.**

# ORDER

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

This cause is before the Court on appellant's second motion for extension of time to file his brief. This Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice, the motion should be granted with this order.

Appeals from juvenile certification proceedings are governed by the rules of appellate procedure for accelerated appeals and include additional expedited deadlines and procedures. *See* Tex. Fam. Code Ann. § 56.01(c), (h-1) (West, Westlaw through

2017 1st C.S.); TEX. R. APP. P. 28.4.   The appellant's brief is due within 20 days after the later of the date the clerk's record was filed or the date the reporter's record was filed, and appellee's brief is due 20 days after the date the appellant's brief was filed. TEX. R. APP. P. 38.6(a), (b).   The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed.   *See Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to An Immediate Appeal*, TEXAS SUPREME COURT, Misc. Docket No. 15-9156 (Tex. 2015), http://www.txcourts.gov/media/1055398/159156.pdf.   In accordance with the limited time for consideration of these appeals, this Court requires strict adherence to the briefing rules in appeals of juvenile certification proceedings, such as this appeal, and looks with disfavor upon the delay caused by requests for extensions of time to file the brief.   *See* TEX. R. APP. P. 38.6; *see also id.* R. 28.4.   Accordingly, it is the policy of this Court to limit extensions of time to file a brief absent truly extraordinary circumstances. *Id.* R. 38.6(d).

Appellant's second motion for extension of time to file his brief is hereby GRANTED for the period of ten days, and appellant is hereby ORDERED to file his appellate brief with this Court on or before 5:00 p.m. on September 28, 2018.   Further motions for extension of time will not be favorably entertained by this Court, absent truly extraordinary circumstances alleged and supported by appropriate argument, authority, and any necessary evidence.   The failure to file the brief timely will result in abatement of the appeal for the appointment of new counsel.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant's counsel, the Honorable Patrick F. McCann by email and by certified mail, return receipt requested.

It is so ORDERED.

PER CURIAM

Delivered and filed the
20th day of September, 2018.